**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THOMAS WILLIAM MARTINS ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> Commissioner of the Social ) <br> Security Administration, ) <br> ) <br> Defendant. ) <br> _____ ) | NO. EDCV 10-06732 SS <br><br><br> **JUDGMENT** |

   IT IS ADJUDGED that the decision of the Commissioner is REVERSED and that the above-captioned action is REMANDED for further proceedings consistent with the Court's Memorandum Order and Decision.

DATED: July 1, 2011.

                                    _____/S/_____
                                    SUZANNE H. SEGAL
                                    UNITED STATES MAGISTRATE JUDGE