Irene Ruzin, Attorney at Law (CSB #125763)
Law Offices of Irene Ruzin
16311 Ventura Blvd., Suite 900
Encino, CA 91436
TEL: (818) 325-2888 FAX: (818) 325-2890
ireneruzin@earthlink.net

FILED
CLERK, U.S DISTRICT COURT
AUG 5 2011
CENTRAL DISTRICT OF CALIFORNIA
BY: DEPUTY

Attorney for Plaintiff, THOMAS WILLIAM MARTINS

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

THOMAS WILLIAM MARTINS,         )   Case No.: CV 10-6732 SS
                                )
        Plaintiff,              )
                                )   [~~PROPOSED~~] ORDER
    vs.                         )   AWARDING EAJA FEES
                                )
MICHAEL J. ASTRUE,              )
Commissioner of Social Security,)
                                )   SUZANNE H. SEGAL
        Defendants.             )
                                )   UNITED STATES DISTRICT
                                )   COURT JUDGE

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), **IT IS ORDERED** that attorney's under the Equal Access to Justice Act ("EAJA") are awarded in the amount of THREE THOUSAND FIVE HUNDRED DOLLARS ($3,500.00) as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: 8/5/11

_Suzanne H. Segal_
SUZANNE H. SEGAL
U.S. DISTRICT COURT

-1-